# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JANE DOE**, on behalf of herself
and others similarly situated,

      Plaintiff,                          Case No. 25-cv-10876

v.                                     Hon. Denise Page Hood

**THE UNIVERSITY OF MICHIGAN,
BOARD OF REGENTS, KEFFER
DEVELOPMENT SERVICES, LLC**
and **MATTHEW WEISS**

      Defendants.
_____/

| | |
|---|---|
| **FINK BRESSACK** | **BUTZEL LONG** |
| By:   **David H. Fink (P28235)** | By:   **Daniel B. Tukel (P34978)** |
|       **Nathan J. Fink (P75185)** | 201 W. Big Beaver Road |
| 38500 Woodward Ave., Suite 3500 | Suite 1200 |
| Bloomfield Hills, Michigan  48304 | Troy, Michigan  48084 |
| (248) 971-2500 | (248) 258-1616 |
| dfink@finkbressack.com | **Attorneys for Defendant** |
| nfink@finkbressack.com | **The University of Michigan** |
| **Attorneys for Plaintiff** | **Board of Regents** |

**STRAUSS BORELLI PLLC**
**By:   Raina Borrelli**
980 N. Michigan Ave., Suite 1610
Chicago, Illinois  60611
(872)263-1100
raina@straussborelli.com
**Attorneys for Plaintiff**
_____/

# STIPULATED ORDER EXTENDING TIME
# <u>TO RESPOND TO COMPLAINT</u>

In accordance with the stipulation of the parties, defendant University of Michigan Board of Regents having waived service, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the time for defendant University of Michigan Board of Regents to respond to the Complaint is extended to and including June 5, 2025.

**SO ORDERED**.

s/Denise Page Hood
United States District Court Judge

Dated:  April 3, 2025

**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

s/ with the consent of
Raina Borrelli
980 N. Michigan Ave.
Suite 1610
Chicago, Illiniois  60611
(872)263-1100
raina@straussborelli.com

s/
Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)