UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

      Plaintiffs,

v.                                                               Case No. 25-cv-10876
                                                                HON. MARK A. GOLDSMITH

UNIVERSITY OF MICHIGAN BOARD
OF REGENTS et al.,

      Defendants.
_____/

## ORDER
## REGARDING STATUS CONFERENCE

The Court will hold a status conference for this case and all related cases, together called the Weiss Litigation,[1] the purpose of which will be to discuss case management issues. To facilitate that discussion, counsel for all parties in the Weiss Litigation must confer about such issues, no later than April 30, 2025. They must also file on the docket of case number 25-cv-10806, no later than May 9, 2025, a single joint statement regarding all management issues to be discussed at the conference for all cases in the Weiss Litigation, noting all points of agreement and disagreement regarding those issues. If any party has not yet determined its position on an issue, that point should be noted as well. The joint statement must be signed by at least one attorney for

---

[1] The Weiss Litigation includes the following cases in this district:

25-10806, Doe 1 et al v. Weiss et al.
25-10855, Doe I et al v. Weiss et al.
25-10870, Roe CLF 001 v. Weiss et al.
25-10876, Doe v. University of Michigan Board of Regents et al.
25-10951, Doe v. Board of Regents of the University of Michigan et al.
25-10946, Doe 1 et al v. The Regents of The University of Michigan et al.
25-10988, Doe v. Weiss et al.
25-10999, Doe v. Board of Regents of the University of Michigan et al.

each party to every action in the Weiss Litigation.  The conference will be held by Zoom on May 14, 2025 at 9 am.  Zoom instructions will be communicated later.

SO ORDERED.

Dated: April 22, 2025             s/Mark A. Goldsmith
    Detroit, Michigan           MARK A. GOLDSMITH
                                     United States District Judge