UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE on behalf of herself and
others similarly situated,

     Plaintiffs,

                              Case No. 2:25-cv-10876-MAG-EAS

-vs-

                              HON. MARK A. GOLDSMITH

THE UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, KEFFER
DEVELOPMENT SERVICES, LLC
& MATTHEW WEISS,

     Defendants.
_____

## <u>NOTICE OF FILING OF  MOTION FOR STATUS CONFERENCE</u>

     Please take notice that Plaintiffs have filed a Motion for Status Conference in

Case No. 25-cv-10946. The motion seeks consolidation of the following cases:

- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10806;
- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10855;
- *Jane Roe CLF 001 v. Weiss, et al.*, Case No 25-cv-10870;
- *Jane Doe v. Board of Regents*, Case No. 25-10876;
- *Jane Does 1 –11 v. University of Michigan*, Case No. 25-cv-10946;
- *Jane Doe v. Board of Regents, et al.,* 25-cv-10951;
- *Jane Doe 1-3 v. Matthew Weiss, et al.*, Case No. 25-cv-10988; and
- *Student Doe v. Board of Regents, et al.*, Case No. 25-cv-10999.
- *Jane Doe 1 v. Matthew Weiss, et al., Case No. 1:25-cv-04233 (NDIL)*

                              Respectfully submitted,

Dated: April 23, 2025

                              SOMMERS SCHWARTZ, P.C.

*/s/ Jason J. Thompson*
Jason J. Thompson (P47184)
Lisa M. Esser (P70628)
Richard L. Groffsky (P32992)
Matthew G. Curtis (P37999)
Attorney for Plaintiffs
One Towne Square, Suite 1700
Southfield, Michigan, 48076
(248) 355-0300
JThompson@sommerspc.com
LEsser@sommerspc.com
RGroffsky@sommerspc.com
MCurtis@sommerspc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system.

*/s/ Jason J. Thompson*
Jason J. Thompson (P47184)